**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-21045-LMI**

☐ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yadira A. Gomez_____     CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-3428_____     Last Four Digits of SS# _____

☐  This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:**  Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _36_ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

     A.  $_122.22_ for months _1_ to _36_ ;

     B.  $_____ for months _____ to_____;

     C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee  $ 3,650.00 + $700.00 (Motion to Value) = $4,350.00
                TOTAL PAID  $ 2,000.00
                Balance Due  $ 2,350.00  payable $ 97.92_ month (Months  _1_ to _24_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_____     Arrearage on Petition Date $ _____
Address _____     Arrears Payment  $_____/month  (Months____ to ___)
      _____     Arrears Payment  $_____/month  (Months_____ to ___)
      _____     Regular Payment  $_____/month  (Months_____ to ___)

2._____     Arrears Payment  $_____
_____     Arrears Payment  $_____/month  (Months____ to ___)
_____     Regular Payment  $_____/month  (Months___ to ___)
                                Arrears Payment  $_____/month  (Months___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan No. xxxx3599 Prop Add: 2267 NW 48th St Miami, FL 33142 | $40,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors:  [as defined in 11 U.S.C. §507]

1. _n/a_____     Total Due $_____
                         Payable $_____/month (Months ____to ___)

Unsecured Creditors: Pay $ 12.08_ month (Months _1_ to _24_ ). Pay $110.00/mo (Mos 25 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Bank of America (Loan No. xxxxxx2420) directly outside the plan. The debtor will provide copies of her income tax return to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I & J and modify the plan if necessary. _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 08/14/12